D. Victoria Baranetsky SBN #311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiff

David A. Pereda (CABN 237982)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3701
FAX: (510) 637-3724
David.Pereda@usdoj.gov

Attorney for Federal Defendant

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>     Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>     Defendant. | **CASE NO. 4:18-CV-00044-KAW**<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Whereas, counsel for plaintiff The Center for Investigative Reporting will be at a pre-planned event as a speaker at a law school;

Whereas the parties wish to further meet and confer to narrow the issues in this case; and

Whereas all parties who have appeared in this case have consented to adjust certain dates and deadlines in this case in order to accommodate the schedule.

Pursuant to Local Civil Rule 6-2, the parties who have appeared in this case stipulate as follows:

1) The Case Management Conference is currently scheduled for April 3, 2018.

2) Subject to the Court's approval, we respectfully request that the Court continue the Initial Case Management Conference to April 17, 2018 at 1:30 pm, or another available date at the Court's convenience.

3) The last day to meet and confer, file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be April 10, 2018.

4) This change is necessary because it raises a conflict for plaintiff's and defendant's counsel was unavailable in this case and parties require more time to meet and confer.

5) All counsel have agreed to this change.

DATED: March 22, 2018   By: /s/ D. Victoria Baranetsky

D. Victoria Baranetsky SBN #311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiff

DATED: March 22, 2018     By: **/s/ David Pereda

David Pereda
Assistant United States Attorney

Attorney for Defendant

** THE ELECTRONIC SIGNATORY OBTAINED APPROVAL FROM THIS SIGNATORY.

## [~~PROPOSED~~] ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the CASE MANAGEMENT CONFERENCE currently set for April 3, 2018 be and hereby is continued to 4/17/18. Statement due 4/10/18 IT IS SO ORDERED.

DATED: 3/22/18     By: /s/ Kandis Westmore

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE