D. Victoria Baranetsky (SBN #311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiff

DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   Fax: (510) 637-3724
   David.Pereda@usdoj.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                Defendant. | Case No. 4:18-cv-00044-KAW<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER AS MODIFIED**<br><br>Judge:   Hon. Kandis A. Westmore |

     The parties, through their counsel, hereby stipulate as follows:

     This suit concerns Plaintiff Center for Investigative Reporting's ("CIR") March 21, 2017 FOIA request to U.S. Customs and Border Protection. Dkt. No. 1. When CIR filed the complaint on January 23, 2018, CBP had not responded to the request. *Id.*

     On June 5, 2018, the agency produced 150 pages of records. The production did not include

the primary document—a spreadsheet—CIR sought. Considering, in part, that fact and the time that had passed since CIR made its request, the Court set a summary judgment hearing date. Dkt. No. 25.

After the parties' extensive efforts to identify the spreadsheet and to secure its production, the agency has produced the subject spreadsheet, so it appears. The production, though, includes certain redactions that CIR contends are inappropriate. The parties are working cooperatively to attempt to resolve those issues without motion practice.

In addition, the Assistant United States Attorney who has been assigned to this case from its start will depart the United States Attorney's Office on November 16, 2018, to begin another public service position.

Given these developments, the parties respectfully request that the Court vacate the current summary judgment deadline and set a case management conference for January 8, 2018. Meanwhile, the parties will make their best efforts to work through the remaining issues in this case.

DATED: November 2, 2018          Respectfully submitted,

*/s/ David Pereda\**

David Pereda
Assistant United States Attorney
ATTORNEY FOR DEFENDANT

DATED: November 2, 2018

*/s/ D. Victoria Baranetsky*
D. Victoria Baranetsky (SBN #311892)
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

ATTORNEY FOR PLAINTIFF
CENTER FOR INVESTIGATIVE REPORTING

PURSUANT TO STIPULATION, IT IS SO ORDERED. The summary judgment deadline is vacated. A further Case Management Conference is set for January 22, 2019. A status report shall be due by December 31, 2018.

Dated: 11/6/18

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

*CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), I, David Pereda, hereby attest that Mr. Campisi concurred in the filing of this document.